Nicole Shoong
593 East State Street
Eagle, Idaho 83616
(805) 256-4400
calsunnews@yahoo.com

Plaintiff – Sui Juris

U.S. COURTS

NOV 27 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SOUTHERN DIVISION

| | |
|---|---|
| NICOLE SHOONG<br><br>        Plaintiff,<br><br>vs.<br><br><br>JAMES COLBORN, Esquire<br><br>        Defendant | Case No. 1:18-cv-530-BLW<br><br>**COMPLAINT FOR (EX PARTE) DECLARATORY AND INJUNCTIVE RELIEF**<br><br>(Violation of IV & XIV Amendment Rights) |

### 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution):

    [X] Federal Statute: **Title 42 Section 1983.**

    [X] United States Constitution: **Amendment IV and XIV.**

    [X] Idaho State Law: **Article 1 – Declaration of Rights Section 13**.

The Court has the authority to grant declaratory relief pursuant to the Declaratory Judgment Act 28 U.S.C. Chapter 153 §§ 2201 and 2202.

### 2. PLAINTIFF

My name is Nicole Shoong. I am a citizen of the State of Idaho, presently living at 408 West Colchester Drive Eagle, Idaho 83616. I am over 18 years of age and competent to testify regarding the matter set forth herein.

### 3. DEFENDANT AND CAUSE OF ACTION

A. I am suing, JAMES COLBORN who was acting under color of law as an Officer of State Court and a licensed Boise, Idaho attorney (ISB No. 6494) for his client, NOEL TURNER (TURNER) of Orange County, California. COLBORN maliciously violated my right to due process. I am seeking Declaratory, *emergency* Injunctive Relief and what this Court feels may be fair and just.

### FACTUAL ALLEGATIONS

B. (Factual Basis of Claim) I am complaining that on August 15, 2018 through November 23, 2018, Defendant did the following:

1. On August 15, 2018, JAMES COLBORN (COLBORN) mislead and disceived Ada County District Court Clerk CHRISTOPHER D. RICK and Deputy Clerk Amanda Parker into issuing a Writ of Execution against my business without *prior* due process Notice and an evidentiary hearing. Both RICK and Parker should have requested proof of an evidentiary hearing *prior* to the Writ being issued. I believe RICK and Parker violated their Oath of Office and due process.

2. COLBORN was hired by TURNER to file a Foreign Judgment in Idaho and a Writ of Execution against a JAMES CHAPPELL having acheived a judgement in 2011 in Orange County California under NOEL TURNER vs. JAMES CHAPPELL. Because I have a business with the name *Chappell Integrative Wellness Center* on the sign, COLBORN assumed it was owned by CHAPPELL. I believe COLBORN violated his Oath of Office and due process.

3. Plaintiff has been licensed by a Dr. James Edward Chappell since 1999 to use his name with any and all healthcare ventures she desires. She has also worked for him as his agent, distributor, marketer and promoter relative to his products, books, articles, television and radio appearances and consulting services. In August of 2018, Plaintiff hired Dr. James Chappell as an independent healthcare consultant to work as her Center Director in Eagle until he can be replaced by another doctor. Dr. Chappell is in the process of licensing other individuals to set up other *Chappell Integrative Wellness Centers* throughout the country.

4. Being totally unaware of the aforementioned Writ of Execution, on October 16, 2018, as I approached my business, I noticed several documents taped inside my glass front door. I also noticed my keys no longer worked. I had been locked out. There was a copy of a Writ of Execution against JAMES CHAPPELL, along with a NOTICE OF LEVY UNDER WRIT OF

EXECUTION and an Ada County Sheriff Seizure Notice signed by Ada County Sheriff Deputy P. Hardy #4898. Hardy also claimed in writing, he video taped all the contents of my center thus admitting he violated my privacy. Apparently, Hardy assumed the Writ of Execution against my business was legal and lawful. He should have requested proof of an evidentiary hearing *prior* to the Writ being executed thus ensuring due process. I believe Hardy violated his Oath of Office.

5. The above violation of due process forced me to hire a Boise, Idaho attorney, Terri Pickens Manweiler (ISB No. 5828) paying thousands of dollars to Quash the Writ and acquire my business back. I was locked out of my business for 9 days before I could be heard on the matter under a Motion to Quash Writ of Execution. Although my first Declaration before the Court included the issue of COLBORN's violation of Title 42, Section 1983 and due process, Ms. Manweiler edited that claim out before submitting said Declaration.

6. The Motion was heard on October 25, 2018 before Honorable District Court Judge Richard D. Greenwood. Having heard the facts in the Motion to Quash, including COLBORN admiting that he did NOT give anyone Notice of the within Writ of Execution, Judge Greenwood ordered COLBORN to immediately notify the Sheriff's office to open my center along with a key for me to enter. With the Levy still in place, a new hearing was set for November 5th including COLBORN's contesting claim. The doors to my center were finally reopened on October 29, 2018 or 14 days from shut out. Ms. Manweiler never brought up the issue of due process being given *prior* to the Writ being executed. Greenwood should have dismissed or voided the Writ of Execution as soon as he heard COLBORN state in open Court he did not give me due process. I believe Judge Greenwood violated his Oath of Office and due process.

7. On November 5, 2018, having heard both sides of the issue including my testimony, Judge Greenwood ordered another hearing on November 7, 2018 to issue his decision. When being questioned by COLBORN, Ms. Manweiler only objected once. When I asked her to object to other immaterial questions and to bring up COLBORN violating my right under Title 42, Section 1983 to due process, she vehemently reprimanded me in Court making me fearful.

8. On November 7th, Judge Greenwood ordered the Levy removed thus declaring me the rightful owner of my business and property thereof. However, he allowed 22 items to remain under Levy as if CHAPPELL owned them when I have receipts showing I paid for them. Even Ms. Manweiler stated she had and has no explanation why Judge Greenwood did this.

Ms. Manweiler should have requested clarification of this continued Levy. She did not. When asked if there was anything else I could do to stop the Sheriff's Sale, Ms. Manweiler said no. The case is over. Because of her failure to truly represent me, I have now been forced to file the within document. I believe Ms. Manweiler violated her Oath of Office by witnessing a Constitutional violation and not reporting it or defending my right to due process.

9. On November 23, 2018 at 11:00 am, I noticed a Notice of Sheriff's Sale document taped on my front door covering my business name. It states it is in the suit of NOEL TURNER against JAMES CHAPPELL. Nowhere does it mention the name, Nicole Shoong. It states that on November 30, 2018 at 10:00 am at my business location the Sheriff will "sell the right, title and interest of the judgment debtor; JAMES CHAPPELL in and to the said above described property." The Notice is signed by Sheriff STEPHEN BARTLETT and Deputy Diane Proctor. Not unlike Deputy P. Harding, BARTLETT and Proctor should have checked to see if due process had been given *prior* to the Writ of Execution being issued. They did not. I believe BARTLETT and Proctor violated their Oath of Office and due process.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

10. **Constitutional Violation** - Pursuant to the United States Constitution Amendment IV and XIV, I was not given due process or an opportunity to show evidence that my healing center was mine prior to it's seizure. On the day of shut out, October 16, 2018, I emailed COLBORN a copy of my lease showing my name only as leasee. COLBORN said he would let me back in my center if I sent him proof I owned all equipment, furniture and other items with a value of over $500.00. Although, I promptly emailed him said receipts, he reneged on his word. I was not given notice, a hearing, or an opportunity to question adverse witnesses in front of a neutral judge *prior* to being locked out of my business. Had due process been adhered to, I would have never been locked out of my business nor experience tremendous emotional stress from defamation of character, financial loss and associated legal expenses.

11. **Federal Statue** – Pursuant to Title 42, Chapter 21, Subchapter I, Section 1983, COLBORN violated my right to due process.

12. **Idaho State Law** – Article 1 – Declaration of Rights Section 13, COLBORN violated my right to due process.

D. I allege that I suffered the following injury or damages as a result:

13. Being shut out of my business for 14 days caused a loss of business and the death of three of my inside plants. I also had to pay rent on my office for two weeks without the use of it. More importantly, having a Notice of Levy taped to the inside of my front door saying my business was being confiscated due to a judgment I had nothing to do with defamed my reputation immediately. The next door hair salon manager, "Dawn", has been telling her clients that I am a "con." She actually admitted to doing this in front of a Ada County Deputy Sheriff. I am still feeling the repercussions as Eagle is a small town and word travels quickly. I have suffered deep emotional and psychological stress and trauma with crying spells and sleepless nights. I have never had anything like this happen to me. I don't even get traffic tickets! When I was being questioned by COLBORN and Judge Greenwood in Court, I was visibly terrified. In addition to the money I had to pay an attorney, I lost $2,500 from one of my health club members flying in from Sedona, Arizona for a weekend health retreat. I canceled his retreat appointment and he has not rescheduled.

## 4. CLAIMS

### FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION

14. The Writ of Execution issued was unlawful and constituted an unreasonable and unconstitutional search and seizure effecting my life, liberty (freedom to work) and property.

### FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

15. Without being given Notice of said Writ of Execution and a hearing to question adverse witnesses in front of a neutral Judge PRIOR to being locked out of my business, Defendant COLBORN violated Amendment XIV under due process.

### TITLE 42, SECTION 1983 TO THE UNITED STATES CODE

16. COLBORN clearly deprived me of my life, freedom and property violating U.S.C. Title 42, Section 1983. I deserve remedy, cure and relief for his actions. I do not believe I received a fair hearing in State Court under Judge Greenwood. It should have never gone that far where I was guilty until proven innocent. The majority of questioning seemed to be around whether Dr. Chappell and I are having sex under "cohabitation", which we are not. The relevance of this escapes me. But as my attorney says, I don't know the law.

## 5. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Declare that the actions of Defendant described in this Complaint violated Plaintiff's rights under the Fourth and Fourteenth Amendment to the United States Constitution and exceeded his statutory authority under color of law.

b. Declare that the actions of Defendant described in this Complaint violated Plaintiff's rights under Title 42, Section 1983 and exceeded his statutory authority under color of law.

c. Immediately ORDER Injunctive Relief to stop the upcoming Sheriff's Sale on December 30, 2018 at 10:00 am until the Plaintiff can be heard on the merits of this case and this Honorable Court can either Order a permanent Injunction or deny it.

d. Order such other relief as the Court may deem fair, just and proper.

## 6. CONCLUSION

I sincerely apologize to this Honorable Court for taking its valuable time and energy to allow me the chance at real justice. I do not know why I had to undergo the experience I did in State District Court with all the aforementioned characters including my own attorney continuely violating my Constitutional, Federal and State rights of due process and more.

I was raised to respect the law and law enforcement, to respect those granted authority to protect me and our society from crime and criminals. I would have never imagined attorneys and the legal system including our local Clerks of the Court, County Sheriff, their Deputies, Judges and even my own attorney conspiring to harm me. I refuse to lose my faith in God and country over this dispicable event.

I truly pray this Court can "make me whole" and give me my life back.

///

///

///

///

## DECLARATION UNDER PENALTY OF PERJURY

PERSONALLY appeared before me, the undersigned, Nicole Shoong, who, having been first duty sworn by the undersigned Notary Public, deposes and says:

I declare and swear under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

I am the Plaintiff in this action, that I have read the Complaint, and that the information contained in the Complaint is true and correct, as required by 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at Eagle, Idaho on November 27, 2018.

Sincerely and Respectfully Submitted,

_____
Plaintiff's Original Signature
Nicole Shoong
Plaintiff - Sui Juris
593 East State Street
Eagle, Idaho [83616]
calsunnews@yahoo.com

SWORN to and subscribed before me, this the 27th day of November, 2018.

_____
NOTARY PUBLIC

My Commission Expires:
   March 13, 2023

K Virta
Notary Public
State of Idaho
Commission No. 69527